IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**VERNEDIA TUCKER**                                                                                                          **PLAINTIFF**

v.                                                   Case No. 4:12-cv-657 KGB

**DEPARTMENT OF VETERANS AFFAIRS, et al.**                                                    **DEFENDANTS**

## ORDER OF TRANSFER

This Court has reviewed the complaint filed in this matter (Dkt. No. 2). Based on the Court's review of the complaint, this matter and a matter previously filed and assigned to U.S. District Judge D. P. Marshall, Case Number 4:12-cv-656-DPM, appear to involve common questions of law or fact. Federal Rule of Civil Procedure 42(a) states: "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." The Court finds that, because the actions involve common questions of law or fact, consolidation of the actions is appropriate. In accord with General Order No. 39, the Court hereby orders these actions consolidated and transfers this matter to the docket of U.S. District Judge D.P. Marshall to be consolidated with Case Number 4:12-cv-656-DPM, the lowest case number.

IT IS THEREFORE ORDERED that this case previously assigned to the docket of U.S. District Judge Kristine G. Baker is now reassigned to the docket of U.S. District Judge D.P. Marshall by chip exchange.

SO ORDERED this the  9   day of November, 2012.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE