# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**VERNEDIA TUCKER on behalf of**
**ROBERT EARL TUCKER, deceased**                    **PLAINTIFF**

v.                        No.  4:12-cv-656-DPM

**DEPARTMENT OF VETERANS AFFAIRS;**
**and DR. MEENA, Department of Veterans**
**Affairs, MICU**                                **DEFENDANTS**


## AND


**VERNEDIA TUCKER on behalf of**
**ROBERT EARL TUCKER, deceased**                    **PLAINTIFF**

v.                        No.  4:12-cv-657-DPM

**DEPARTMENT OF VETERANS AFFAIRS;**
**WINSTON, Nurse, Department of Veterans**
**Affairs; and DOES 1 &2**                         **DEFENDANTS**


## JUDGMENT

Both of Tucker's complaints are dismissed without prejudice.


_D.P. Marshall Jr._
United States District Judge

_22 March 2013_